FERN GARNETT PARKER, APPELLANT, V. IRVEN C. PARKER, APPELLEE.

51 N. W. 2d 756

Filed March 21, 1952. No. 33029.

*Crosby & Crosby,* for appellant.

*Beatty, Clarke, Murphy & Morgan,* for appellee.

Heard before SIMMONS, C. J., MESSMORE, YEAGER, CHAPPELL, WENKE, and BOSLAUGH, JJ.

BOSLAUGH, J.

It appearing to the court that some controversy might arise between the parties with reference to interest on the judgment as modified in favor of the appellant, we conclude that the judgment of the appellant shall draw interest at the legal rate 60 days from the date of the issuance of the mandate in this cause. With this clarification, the motion for rehearing is overruled.

MOTION FOR REHEARING OVERRULED.